**Order entered April 20, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01557-CV

### CRAIG PATRICK POWER, Appellant

### V.

### BRADEN RICHARD POWER, Appellee

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-14415**

## ORDER

Before the Court is appellant's April 16, 2020 unopposed motion to reset the briefing deadline and compel court reporter LaToya Young-Martinez to file the reporter's record of the trial proceeding held February 28, 2019. Attached to the motion as an exhibit is a copy of a letter counsel sent Ms. Young-Martinez in December 2019, reflecting the record for that proceeding was requested and paid for shortly after the proceeding was held and was apparently prepared by early June 2019 but "the file was corrupt."

We note the record in the underlying proceeding was taken not just by Ms. Young-Martinez but also by two other reporters, both of whom have filed their portion of the record. We also note Ms. Young-Martinez filed the record of a November 2017 proceeding on April 14, 2020, almost three months after it was first due. At the time of filing, Ms. Young-Martinez made no mention of the outstanding record.

We **GRANT** the motion. In light of the circumstances and since the record was prepared last June, we **ORDER** Ms. Young-Martinez to file the record of the February 28, 2019 proceeding **no later than April 30, 2020.** We caution Ms. Young-Martinez that extension requests will not be granted absent exigent circumstances and failure to comply may result in the Court taking such action as is necessary to ensure the record is filed, including an order that she not sit as a court reporter until she complies.

We **RESET** the deadline for appellant to file his opening brief to thirty days after Ms. Young-Martinez files the record and **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable Dale B. Tillery, Presiding Judge of the 134th Judicial District Court; Tina Thompson, as Official Court Reporter for the 134th Judicial District Court; Ms. Young-Martinez; and, the parties.

/s/     BILL WHITEHILL
JUSTICE